UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AZHARUDDIN MOHD<br><br>*Plaintiff*<br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; KRISTI NOEM, *in her official capacity as Secretary of Department of Homeland Security*; TODD LYONS, *in his official capacity as Director of USCIS*,<br><br>*Defendants.* | Case No: 25-cv-02183 |

**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

Upon the Verified Complaint sworn to on April 18, 2025, the Affidavit of Michael J. DeRienzo, Esq., sworn to on April 18, 2025, and all related documents and filings, it is ORDERED that the above named Defendants show before this Court in Courtroom 4G North, at 4:00 p.m., on Tuesday, April 22, 2025, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure as to why an order should not be enjoining the Defendant(s) during the pendency of this action from terminating Plaintiff's records in the Student and Exchange Visitor Information System ("SEVIS") and his F-1 student status, and (2) enjoining Defendants from directly or indirectly enforcing, implementing, or otherwise taking any action or imposing any legal consequences—including causing Plaintiff's visas to be revoked or detaining or removing Plaintiff—as a result of that decision pending the instant case; and it is further ORDERED, that sufficient reason having been shown, therefore, pending the

hearing of Plaintiff's application for a preliminary injunction, pursuant to Rule 65 FRCP the defendant(s) are temporarily restrained and enjoined from terminating Plaintiff's records in the Student and Exchange Visitor Information System ("SEVIS") and his F-1 student status, and (2) enjoining Defendants from directly or indirectly enforcing, implementing, or otherwise taking any action or imposing any legal consequences—including causing Plaintiff's visas to be revoked or detaining or removing Plaintiff—as a result of that decision pending the instant case;

AND it is further ORDERED that a copy of this Order, together with the papers upon which pursuant it is granted, be served upon Defendants or their attorney pursuant to Federal Rule of Civil Procedure 4(i) on or before **5:30 p.m. on April 19, 2025** and that such service be deemed good and sufficient.

Dated:   April 19, 2025 at 11:30 a.m.               *Pamela Chen*
Brooklyn, New York                        _____
                                          United States District Judge